

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| CRAIG CARPENITO<br>UNITED STATES ATTORNEY<br><br>*Susan Millenky*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>*susan.millenky@usdoj.gov* | *main: (973) 645-2700*<br>*direct:(973) 297-2067*<br>*fax:   (973) 297-2010* |

April 26, 2019

**By ECF**
Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    ***Cummings v. United States*, No. 2:17-cv-12005 (MCA) (LDW)**

Dear Judge Arleo:

      We represent the United States in the above-referenced action. The parties have settled the matter and respectfully submit the attached Stipulation of Dismissal for the Court's approval.

      Respectfully submitted,

      CRAIG CARPENITO
      United States Attorney


By:    /s/ Susan Millenky
        SUSAN MILLENKY
        Assistant United States Attorney

Attachment

cc:    Counsel for Plaintiff, David Fried, Esq. (By ECF)

## **CERTIFICATE OF SERVICE**

I, Susan Millenky, Assistant United States Attorney for the District of New Jersey, hereby certify that on April 26, 2019, a copy of the foregoing Letter was served on counsel for plaintiff by ECF.

Dated: Newark, New Jersey
   April 26, 2019

                /s/ Susan Millenky
                SUSAN MILLENKY
                Assistant United States Attorney