CRAIG CARPENITO
United States Attorney
SUSAN MILLENKY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 297-2067
Fax. (973) 297-2010
email: susan.millenky@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR D. CUMMINGS, DONNA CUMMINGS,<br><br>*Plaintiffs,*<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | Hon. Madeline Cox Arleo<br><br>*No.* 17-cv-12005(MCA) (LDW)<br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated by and between plaintiffs, Arthur D. Cummings and Donna Cummings, and defendant, the United States of America, by and through their respective attorneys, that all of plaintiffs' claims against defendant are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

1

Dated: Chatham, New Jersey
~~February~~ ___, 2019
March 29

BLUME, GOLDFADEN, BERKOWITZ,
DONNELLY, FRIED & FORTE, PC

By: _____
David M. Fried, Esq.
Attorneys for Plaintiffs

Dated: Newark, New Jersey
~~February~~ 29, 2019
March

CRAIG CARPENITO
United States Attorney
for the District of New Jersey

By: _____
SUSAN MILLENKY
Assistant United States Attorney
Attorneys for the United States of America

2